1

2

3

4

5

6

7

8            UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JEVIS JULIAN JONES,                    No.  2:13-cv-1285 DAD P

12              Plaintiff,

13        v.                                 ORDER

14    SHASTA COUNTY JAIL,

15              Defendants.

16

17         By order filed July 14, 2014, plaintiff's second amended complaint was dismissed and

18    thirty days leave to file a third amended complaint was granted.  On August 1, 2014, the court

19    granted plaintiff's motion for an additional thirty days to file a third amended complaint.  Thirty

20    days have now passed, and plaintiff has not filed a third amended complaint or otherwise

21    responded to the court's order.

22         Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

23    See Local Rule 110; Fed. R. Civ. P. 41(b).[1]

24    Dated:  September 18, 2014

25

26    DAD:9
      jone1285.fta(2)                        DALE A. DROZD
27    _____               UNITED STATES MAGISTRATE JUDGE

28    [1] Plaintiff has previously consented to Magistrate Judge jurisdiction over this action pursuant to
      28 U.S.C. § 636.  (Doc. No. 4)

                                             1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28